Alexander Fitton, as Administrator, etc., of Joseph Fitton, Deceased, Appellant, v. United Electric Light and Power Company, Respondent.— Judgment and order reversed and new trial granted, costs to abide the event, because of error in the charge of the trial court at folio 206. (See *Lesin* v. *Shapiro*, 147 App. Div. 100; *Coble* v. *Potter*, 155 id. 716.) Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

Bertha Frank, Respondent, v. Moses Frank, Appellant.— Judgment affirmed by default, with costs. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

Clara A. M. Greer and Others, on Behalf of Themselves and All Other Residents or Property Owners in the Town of Rye, Westchester County, New York, Similarly Situated, Respondents, v. Samuel Smith, Appellant. — Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.

Charles P. Irwin, Respondent, v. Charles H. Ellis, Jr., Appellant.— Judgment and order unanimously affirmed, with costs. . No opinion. Present — Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ.

In the Matter of Supplementary Proceedings: Frederick Elflein and Others, Respondents, v. David Goetz, Appellant.— Appeal dismissed, without costs, as the moving papers do not show that the County Court had jurisdiction of the motion. Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ., concurred.

Elizabeth McNamee, as Administratrix, etc., of James McNamee. Deceased, Appellant, v. The Western Union Telegraph Company, Impleaded, etc., Respondent.— Reargument ordered, and case set down for January 6, 1914. Present — Jenks, P. J., Thomas, Carr and Rich, JJ.

Emma Mittag, an Infant, by Marie Mittag, Her Guardian ad Litem, Respondent, v. The City of New York, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ.

Mascha Posin, Appellant, v. Williamsburgh Savings Bank, Defendant, Impleaded with Frank V. Kelly, Public Administrator, etc., Respondent. — Order reversed, with ten dollars costs and disbursements, and motion denied, without prejudice, however, to a renewal upon a case to be made and settled by the trial justice under section 997 of the Code of Civil Procedure. Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ. concurred.